FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 25, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| REGINALD A. GEORGE, JR., ANDREA D. GEORGE; MORGAN GEORGE, REGINALD and ANDREA GEORGE, on Behalf of and for the benefit of A.G. and V.G., minor children,<br><br>    Plaintiffs,<br><br>    v.<br><br>DUSTIN BEST, EDWARD STRIEDINGER, STEVEN BROWN, WILLIAM BOB, DAVID BUTZ, DAVID LABOUNTY, MACKENZIE SHAFFER, KRISTOPHER BRAKEBILL, ALAN O'NEAL, HENRY HIX, THEODORE NELSON, and UNITED STATES OF AMERICA,<br><br>    Defendants,<br><br>THE CONFEDERATED TRIBES OF THE COLVILLE RESERVATION,<br><br>    Intervenor-Defendant. | No. 2:22-CV-00285-SAB<br><br>**ORDER DENYING PLAINTIFFS' MOTION FOR SANCTIONS AND MOTION FOR RECONSIDERATION** |

Before the Court are Plaintiffs' Motion for Sanctions and Protective Order, ECF No. 22 and Motion for Reconsideration, ECF No. 23. The motions were heard

**ORDER DENYING PLAINTIFFS' MOTION FOR SANCTIONS AND MOTION FOR RECONSIDERATION ~ 1**

without oral argument.[1] Plaintiffs are represented by Andrea George. Defendants are represented by Christopher J. Kerley, Timothy M. Durkin, and Derek T. Taylor.

On January 23, 2023, Magistrate Judge Ekstrom granted Craig Jacobson's Motion to Withdraw. ECF No. 21. Mr. Jacobson had filed a limited notice of appearance to represent the Confederated Tribes of the Colville Reservation ("CTC") in its Motion to Intervene that was granted on January 12, 2023. In his Motion to Withdraw, which was filed on January 18, 2023, Mr. Jacobsen represented to the Court that Christopher Kerley had filed a Notice of Appearance on behalf of CTC. ECF No. 12-1. This was not true. Mr. Kerley did not file a Notice of Appearance on behalf of the CTC until January 30, 2023.

Plaintiffs intended to object to the withdrawal because they were concerned that CTC would be appearing without counsel. Before they could do so, Magistrate Judge Ekstrom entered an Order granting the Motion to Withdraw. Plaintiffs filed a Motion for Reconsideration of that Order.

Given that the Notice of Appearance was filed shortly after the Order was entered, and CTC is now properly represented, there is no need for the Court to revisit this issue. Moreover, the Court questions whether Plaintiffs' motions are properly before it. Ms. George did not file a Notice of Appearance on behalf of Plaintiffs until April 6, 2023, in response to the Court's Order to show cause. Thus, prior to that date, Mr. George was not represented by counsel. However, other than sign the Complaint, Mr. George did not sign any of the pleadings, as required by the Federal Rules of Civil Procedure. It appears that Ms. George intended to represent all Plaintiffs pro se, which she is not allowed to do, presumably to benefit from the longer deadlines given to pro se parties in the Local Rules.

In any event, Plaintiffs have not shown how they were prejudiced by

---

[1] Pursuant to Local Rule 7.1(i)(3)(iii), the Court finds that oral argument is not necessary.

**ORDER DENYING PLAINTIFFS' MOTION FOR SANCTIONS AND MOTION FOR RECONSIDERATION ~ 2**

allowing Mr. Jacobson to withdraw from his limited representation and as such, good cause does not exist to grant their motions.

Plaintiffs also seek sanctions for counsel's use of the full names of the minor children in various pleadings in the record. The Court notes that Plaintiffs initially filed their Complaint using the full names of the minor children. ECF No. 1. A redacted version of that Complaint was also filed in the record. ECF No. 2. Plaintiffs have not shown how they have been prejudiced by the use of the full names of their minor children in later pleadings to warrant sanctions, especially given that they themselves used the minors' full names in the initial Complaint.

Accordingly, **IT IS HEREBY ORDERED**:

1. Plaintiffs' Motion for Sanctions and Protective Order, ECF No. 22, is **DENIED**.

2. Plaintiffs' Motion for Reconsideration, ECF No. 23, is **DENIED**.

**IT IS SO ORDERED**. The Clerk of Court is directed to enter this Order and forward copies to counsel.

**DATED** this 25th day of May 2023.

Stanley A. Bastian
Chief United States District Judge

ORDER DENYING PLAINTIFFS' MOTION FOR SANCTIONS AND MOTION FOR RECONSIDERATION ~ 3