AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 20, 2026

SEAN F. McAVOY, CLERK

REGINALD A. GEORGE, JR., ANDREA D. GEORGE; MORGAN GEORGE, REGINALD and ANDREA GEORGE, on Behalf of and for the benefit of A.G. and V.G., minor children,

*Plaintiffs*

v.

DUSTIN BEST, EDWARD STRIEDINGER, STEVEN BROWN, WILLIAM BOB, DAVID BUTZ, DAVID LABOUNTY, MACKENZIE SHAFFER, KRISTOPHER BRAKEBILL, ALAN O'NEAL, HENRY HIX, THEODORE NELSON, and UNITED STATES OF AMERICA, COLVILLE CONFEREDERATED TRIBES, DARNELL SAM, JOLENE SAM, SABRINA DESAUTEL, ALICE KOSKELA, SHANNON THOMAS, CARMEL MCCURDY, JASON D'AVIGNON, MORGAN COSINO, SOPHIE NOMEE, ALICE MARCHAND, COLVILLE TRIBAL COURT, and COLVILLE TRIBAL POLICE DEPARTMENT,

*Defendants*

Civil Action No. 2:22-CV-00285-SAB

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❒ the plaintiff *(name)* __________ recover from the defendant *(name)* __________ the amount of __________ dollars ($ ______ ), which includes prejudgment interest at the rate of ______ %, plus post judgment interest at the rate of ______ % per annum, along with costs.

❒ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* __________ recover costs from the plaintiff *(name)* __________ .

☑ other: The Confederated Tribes of the Colville Reservation and the Individual Defendants' Motion to Dismiss, ECF No. 73, is GRANTED. The United States' Motion to Strike first Amended Complaint, ECF No. 74, is DENIED, as moot. The First Amended Complaint is DISMISSED.
Judgment in favor of Defendants.

This action was *(check one)*:

❒ tried by a jury with Judge __________ presiding, and the jury has rendered a verdict.

❒ tried by Judge __________ without a jury and the above decision was reached.

☑ decided by Judge STAN BASTIAN

Date: 11/20/2026

*CLERK OF COURT*

s/Sean F. McAvoy
*Signature of Clerk*